UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

GINA RAMIREZ VILLADIEGO                    CIVIL ACTION NO. 26-0237

VERSUS                                     JUDGE ALEXANDER C. VAN HOOK

PAMELA BONDI, ET AL.                       MAGISTRATE JUDGE McCLUSKY

---

## JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 9, the petitioner's Petition for Writ of Habeas Corpus, Record Document 1, with no written objections having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the petition of Gina Ramirez Villadiego is **DISMISSED** as **MOOT**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 1st day of July, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE

1